1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

# CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DANIEL DIGIOVANNI, JR., | Case No. CV 09-03370-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

11
12
13
14
15
16
17

18      In accordance with the Memorandum Opinion and Order Affirming Decision of

19   Commissioner filed concurrently herewith,

20      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

21

22   DATED: June 22, 2010                                      */s/ John E. McDermott*
                                                      JOHN E. MCDERMOTT
23                                           UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28